

# MANDATE

## The Fifteenth Court of Appeals

NO. 15-24-00065-CV

City of Rio Vista, Appellant

v.

Johnson County Special Utility District, Appellee

Appealed from the 413th Judicial District of Johnson County. (Tr. Ct. No. DC-C202200601). Opinion delivered Per Curiam.

**TO THE 413TH JUDICIAL DISTRICT OF JOHNSON COUNTY, GREETINGS:**

Before our Court of Appeals on February 20, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard Appellee's unopposed motion to dismiss. Having considered the motion, we order the appeal **DISMISSED**. We further **WITHDRAW** our opinion and **VACATE** our judgment of January 28, 2025.

We order Appellant, City of Rio Vista, to pay all costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

CHRISTOPHER A. PRINE, CLERK